```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

LARRY S. MCCAMMON,           :

    Plaintiff,              :

vs.                          :      CIVIL ACTION 05-0718-BH-M

JAMES JOHNSON,               :

    Defendant.              :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection (Docs. 46-47) is made, the Recommendation of the Magistrate Judge (Doc. 43) made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** this 17th day of April, 2008.

                                                       s/ W. B. Hand  
                                       SENIOR DISTRICT JUDGE